Sarah Ferguson (NSBN 14515)
Parsons Behle & Latimer
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com

*Attorney for Defendant*
*Robinson Nevada Mining Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAKOTA HANSEN, individually and on behalf of other similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>ROBINSON NEVADA MINING COMPANY,<br><br>        Defendant. | Case No. 3:26-cv-00062-MMD-CSD<br><br><br><br>**ORDER GRANTING STIPULATION TOLLING STATUTE OF LIMITATIONS AND EXTENSION OF TIME TO RESPOND TO ORIGINAL CLASS AND COLLECTIVE ACTION COMPLAINT** |

Plaintiff Dakota Hansen ("Hansen") and Defendant Robinson Nevada Mining Company ("Robinson") (collectively, "the Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

1.     The Parties hereby agree to toll the statute of limitations ("Tolling Period") for 150 days from entry of the Court's Order approving this Stipulation as they further investigate the claims and possible avenues for resolution;

2.     If the Parties are unable to settle this matter during the Tolling Period, the Parties will engage in mediation during the first week of February, 2026;

3.     If the Parties are unable to settle this matter at mediation, Defendants will have 30 days from the date of the failed mediation to respond to the Complaint.

/ / /

/ / /

/ / /

PARSONS
BEHLE &
LATIMER

4.      This is the Parties' first request to toll and extend these deadlines. This agreement is made to allow the Parties to explore the possibility of early resolution, including mediation, and is not made for purposes of delay.

DATED this 12th day of September, 2025.               DATED this 12th day of September, 2025.

| JOSEPHSON DUNLAP LLP | PARSONS BEHLE & LATIMER |
|---|---|
| /s/ Alyssa J. White<br>Alyssa J. White (TSBN 24073014)<br>11 Greenway Plaza, Suite 3050<br>Houlston TX  77046<br>awhite@mybackwages.com<br>(*Admitted Pro Hac Vice*)<br><br>Esther C. Rodriguez (NSBN 006473)<br>RODRIGUEZ LAW OFFICES, P.C.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, NV 89145<br>info@rodriguezlaw.com<br><br>*Attorneys for Plaintiff* | /s/ Sarah Ferguson<br>Sarah Ferguson (NSBN 14515)<br>50 W. Liberty Street, Suite 750<br>Reno, NV 89501<br>Telephone: (775) 323-1601<br>sferguson@parsonsbehle.com<br>*Attorney for Defendant* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 28, 2026