Esther C. Rodriguez (NSBN 006473)
Rodriguez Law Offices, P.C.
10161 Park Run Drive, Suite 1510
Las Vegas, NV 89145
info@rodriguezlaw.com

Alyssa J. White (TSBN 24073014)
Josephson Dunlap LLP
11 Greenway Plaza, Suite 3050
Houston TX  77046
awhite@mybackwages.com

*Attorney for Plaintiffs and the
Putative Class Members*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAKOTA HANSEN, individually and on behalf of other similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ROBINSON NEVADA MINING COMPANY, <br><br> Defendant. | Case No. 3:26-cv-000062-MMD-CSD <br><br><br> **ORDER GRANTING STIPULATION RE: ROBINSON'S MOTIONS TO DISMISS [DOC. 17] AND STAY [DOC. 18] AND EXTENDING TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

Dakota Hansen and Robinson Nevada Mining Company (collectively, "the Parties"), by and through their undersigned counsel of record, stipulate as follows:

1. On November 18, 2025, Robinson moved to dismiss this case for failure to state a claim. Robinson also moved to stay discovery pending resolution of its Motion to Dismiss. (Docs. 17 & 18).

2. Under FRCP 15(a)(1)(B), Hansen had until December 9, 2025 to amend his Complaint as of right. Under LR 7-2(b), that would be the same date Robinson's reply in support of its motion to dismiss would be due. Thus, the parties could fully brief a motion to dismiss only for it to be mooted by the filing of an amended complaint. *Harris v. Cnty. of Clark*, No. 2:22-CV-00560-RFB-NJK, 2024 WL 4349195, at *1 (D. Nev. Sept. 29, 2024) (J. Boulware) ("Where a Motion to Dismiss targets a

complaint which has been superseded by amendment, the Motion is rendered moot."); *see also Henry v. Click Bond*, No. 3:25-CV-00208-CSD, 2025 WL 2400972, at *1 (D. Nev. Aug. 19, 2025); *Johnson v. Cheryl*, 2013 WL 3943606, at *2 (D. Nev. 2013).

3.      Instead, the parties agree Hansen will file his First Amended Class and Collective Action Complaint on December 2, 2025. While the amended complaint renders Robinson's original motions (Docs. 17 & 18) moot, the parties agree this is without prejudice to refiling the motion(s) based on the amended complaint.

4.      The parties stipulate Robinson will have until January 15, 2026, to file a renewed motion(s) or otherwise respond to Plaintiffs' Amended Class and Collective Action Complaint.

DATED this 2nd day of December, 2025.        DATED this 2nd day of December, 2025.

JOSEPHSON DUNLAP LLP                           PARSONS BEHLE & LATIMER

*/s/ Alyssa J. White*                          */s/ Sarah Ferguson*
Alyssa J. White (TSBN 24073014)                Sarah Ferguson (NSBN 14515)
Josephson Dunlap LLP                           50 W. Liberty Street, Suite 750
11 Greenway Plaza, Suite 3050                  Reno, NV 89501
Houlston TX  77046                             Telephone: (775) 323-1601
awhite@mybackwages.com                         sferguson@parsonsbehle.com

Esther C. Rodriguez (NSBN 006473)              *Attorney for Defendant*
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
info@rodriguezlaw.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: ___January 28, 2026_____