Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

Alyssa J. White
TX Bar No. 24073014
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100; Fax: (713) 352-3300
awhite@mybackwages.com

*Attorneys for Plaintiffs and the Hourly Employees*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DAKOTA HANSEN and ROBERT CHRISTENSEN, Individually and On Behalf of Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ROBINSON NEVADA MINING COMPANY, <br><br> Defendant. | **Case No. 3:26-cv-00062-MMD-CSD** <br><br> **ORDER GRANTING STIPULATION EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANT'S MOTIONS TO DISMISS [DOC. 24] AND STAY [DOC. 26] AND REQUEST FOR JUDICIAL NOTICE [DOC. 25]** <br><br> **(FIRST REQUEST)** |

Plaintiffs Dakota Hansen and Robert Christensen ("Plaintiffs" or "Hansen and Christensen") and Defendant Robinson Nevada Mining Company ("Defendant" or "Robinson Nevada Mining Company"), hereby stipulate as follows:

1. On January 15, 2026, Defendant moved to dismiss this case for failure to state a claim. Defendant also filed a request for judicial notice and moved to stay discovery pending resolution of its Motion to Dismiss. Docs. 24-26.

2. Plaintiffs' current deadline to respond to Robinson's pending motions is January 29, 2026.

3.  The Parties agree to extend Plaintiffs' deadline to respond to Robinson's Motion to Dismiss (Doc. 24), Request for Judicial Notice (Doc. 25), and Motion to Stay (Doc. 26) by 14 days, until February 12, 2026.

4.  The Parties further agree that Defendant's time to file its replies to the above-referenced motions shall be March 6, 2026.

5.  This agreement is not made for purposes of delay, but rather to allow adequate time to fully brief the issues before the Court.

Dated: January 26, 2026

**JOSEPHSON DUNLAP LLP**

By: /s/ *Alyssa J. White*
Alyssa J. White
TX Bar No. 24073014
Josephson Dunlap llp
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100; Fax: (713) 352-3300
awhite@mybackwages.com

Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

Attorneys for Hansen &
the Hourly Employees

Dated: January 26, 2026

**PARSONS BEHLE & LATIMER**

/s/ *Sarah Ferguson*
Sarah Ferguson (NSBN 14515)
50 W. Liberty Street, Suite 750
Reno, NV 89501
Tel: (775) 323-1601
Sferguson@parsonsbehle.com

Christina Jepson
Hannah J. Ector
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Tel: (801)532-1234
Cjepson@parsonsbehle.com
Hector@parsonsbehle.com

Attorneys For Defendant

**IT IS SO ORDERED.**

_____

**UNITED STATES DISTRICT JUDGE**

**DATED:** _January 28, 2026_____

- 2 -