# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DAKOTA HANSEN,

                          Plaintiff,

   v.

ROBINSON NEVADA MINING COMPANY,

                        Defendant.

3:26-cv-00062-MMD-CSD

**ORDER**

Re:  ECF No. 52

Before the court is Defendant's Motion Regarding Discovery Dispute. (ECF No. 52.)

Pursuant to the Court's Civil Standing Order (ECF No. 34), Plaintiff shall file a response on or before close of business on **Wednesday, March 25, 2026**.  The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED:  March 23, 2026.



Craig S. Denney
United States Magistrate Judge