Esther C. Rodriquez (NSBN 006473)
RODRIQUEZ LAW OFFICS, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriquezlaw.com

Alyssa J. White (TSBN 24073014)
JOSEPHSON DUNLAP LLP
5847 San Felipe St, Suite 2400
Houston Texas
Tel: (713) 352-1100; Fax: (713) 352-3300
awhite@mybackwages.com

*Attorney for Plaintiffs and the Hourly Employees*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAKOTA HANSEN and ROBERT CHRISTENSEN, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBINSON NEVADA MINING COMPANY,<br><br>Defendants. | Case No. 3:26-cv-00062-MMD-CSD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND FLSA CONDITIONAL CERTIFICATION DEADLINE (First Request)** |

Plaintiffs Dakota Hansen and Robert Christensen (“Plaintiffs”) and Defendant Robinson Nevada Mining Company (“Defendant”) (collectively, the “Parties”), by and through their undersigned counsel of record, respectfully submit this Stipulation and Proposed Order to extend the deadline for Plaintiffs to move for conditional certification under the Fair Labor Standards Act “FLSA”).

1. On March 18, 2026, the Court entered the Joint Discovery Plan and Scheduling Order, which set the deadline for motions for conditional certification for September 1, 2026. ECF No. 50.

2. Good cause exists for a brief extension. The Parties are diligently conducting and conferring about discovery relevant to Plaintiffs’ anticipated motion. A short extension will allow

the Parties to complete the necessary discovery and conferral efforts needed for Plaintiffs to prepare their motion.

3. Accordingly, the Parties stipulate, and respectfully request that the deadline for motions for conditional certification be extended by thirty (30) days, from September 1, 2026, to October 1, 2026.

4. This is the Parties' first request to extend this deadline. The requested extension will not affect any other deadline set in the Scheduling Order, and it is made in good faith and not for the purpose of delay. *See* LR IA 6-1; LR 26-3.

Dated this 26th day of August, 2026.

**JOSEPHSON DUNLAP LLP**

*/s/ Alyssa J. White*

Alyssa J. White
TX Bar No. 24073014
5847 San Felipe St, Suite 2400
Houston, TX 77057
Tel: (713) 352-1100; Fax: (713) 352-3300
awhite@mybackwages.com

Esther C. Rodriguez (NSBN 006473)
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

*Attorneys for Plaintiffs*

Dated this 26th day of August, 2026.

**PARSONS BEHLE & LATIMER**

*/s/ Sarah Ferguson*

Sarah Ferguson (NSBN 14515)
50 W. Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com

Christina Jepson (*Pro Hac Vice)*
Hannah Ector (*Pro Hac Vice)*
**PARSONS BEHLE & LATIMER**
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
cjepson@parsonsbehle.com
hector@parsonsbehle.com

*Attorneys for Defendants*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: August 27, 2026