Sarah Ferguson (NSBN 14515)
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com

Christina Jepson (*Admitted Pro Hac Vice)*
Hannah J. Ector (*Admitted Pro Hac Vice)*
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone ( 801) 532-1234
CJepson@parsonsbehle.com
HEctor@parsonsbehle.com
ecf@parsonsbehle.com

*Attorney for Defendant*
*Robinson Nevada Mining Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

DAKOTA HANSEN and ROBERT CHRISTENSEN, individually and on behalf of other similarly situated,

Plaintiff,

vs.

ROBINSON NEVADA MINING COMPANY,

Defendant.

Case No. 3:26-cv-00062-MMD-CSD

**STIPULATION AND [PROPOSED] ORDER TO AMEND JOINT DISCOVERY PLAN AND SCHEDULING ORDER**

**(FIRST REQUEST)**

Pursuant to Local Rules ("LR") IA 6-1 and 26-3, Plaintiffs Dakota Hansen and Robert Christensen ("Plaintiffs") and Defendant Robinson Nevada Mining Company ("Robinson") (collectively, "the Parties"), by and through their undersigned counsel of record, hereby request and stipulate to an extension of the discovery and briefing deadlines for 60-days as detailed below. This is the Parties' first request for an extension of the discovery schedule.[1]

---

[1] The Parties previously agreed to change the deadline for Motions for Conditional Class Certification (ECF No. 74), but this is their first time requesting an amendment to the Scheduling Order.

This request is not intended for delay and is made in good faith. Pursuant to LR IA 6-1 and LR 26-3(c), the Parties' reasons for seeking an extension of deadlines are set forth below.

The Parties have completed the following discovery to date:

| **Discovery Document** | **Date Served** |
|---|---|
| Plaintiff's Initial Discovery | March 31, 2026 |
| Defendant's Initial Discovery | April 13, 2026 |
| Defendant's Second Set of Initial Disclosures | June 30, 2026 |
| Plaintiff's First Discovery Requests | April 20, 2026 |
| Defendant's First set of Requests for Production of Documents to Plaintiff Dakota Hansen | April 21, 2026 |
| Defendant's First set of Requests for Production of Documents to Plaintiff to Robert Christensen | April 21, 2026 |
| Defendant Robinson Nevada Mining Company's Responses to Plaintiff's First Requests for Production | June 4, 2026 |
| Plaintiff Robert Christenson's Objections and Responses to Defendant's First Interrogatories and Requests for Production | June 5, 2026 |

The Parties continue to work together to refine their discovery responses. The only discovery deadlines remaining are the expert deadlines, as set forth below. Good cause exists for an extension to complete the remaining deadlines as the Parties have been working collaboratively to exchange the relevant information for their respective experts to calculate preliminary damages estimates; however, both experts require additional time to finalize these calculations.

The Parties, therefore present the following proposed schedule:

| **EVENT** | **CURRENT DEADLINE (ECF NO. 61)** | **PROPOSED** |
|---|---|---|
| **Discovery Cut-off** | **November 2, 2026** | **January 1, 2027** |
| **Amending the Pleadings and Adding Parties** | **Completed** | **None** |
| **Initial Expert Disclosure** | **September 4, 2026** | **November 3, 2026** |

| EVENT | CURRENT DEADLINE (ECF NO. 61) | PROPOSED |
|---|---|---|
| **Rebuttal Expert Disclosure** | **October 5, 2026** | **December 4, 2026** |
| **Motions for Conditional Certification** | **October 1, 2026** | **November 30, 2026** |
| **Motions for Class Certification** | **November 17, 2026** | **January 29, 2027** |
| **Dispositive Motions** | **January 6, 2027** | **March 18, 2027** |
| **Pre-Trial Order** | **February 5, 2027** | **April 16, 2027** |

Accordingly, the Parties respectfully request the Court enter an amended Scheduling Order as set forth in the forgoing.

DATED this 2nd day of September, 2026.

JOSEPHSON DUNLAP LLP

*/s/ Alyssa J. White*
Alyssa J. White (TSBN 24073014)
5847 San Felipe St, Suite 2400
Houlston TX 77057
awhite@mybackwages.com

Esther C. Rodriguez (NSBN 006473)
RODRIGUEZ LAW OFFICES, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
info@rodriguezlaw.com

*Attorneys for Plaintiff*

DATED this 2nd day of September, 2026.

PARSONS BEHLE & LATIMER

*/s/ Sarah Ferguson*
Sarah Ferguson (NSBN 14515)
50 W. Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com
*Attorney for Defendant*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: September 2, 2026